**15-25-00009-CV**

TRIAL COURT CASE NO. _____

| | |
|---|---|
| § | IN THE DISTRICT COURT |
| § | FILED IN<br>15th COURT OF APPEALS |
| § | _____ COUNTY, TEXAS AUSTIN, TEXAS |
| § | 2/3/2025 2:49:41 PM |
| § | JUDICIAL DISTRICT CHRISTOPHER A. PRINE<br>Clerk |

# DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFROMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed:_____

Type of Order (Interlocutory or Final) _____

Date Motion for New Trial Filed:_____

Request for Findings of Fact and Conclusions of Law filed: _____

Date Notice of Appeal Filed: _____

Name of judge who entered judgment:_____

Name of court reporter:_____

     Address of court reporter:_____

Name of attorney on appeal:_____SB#:_____

     Attorney Address:_____

     Attorney E-Mail Address: _____

     Attorney on appeal (check applicable box):

         ☐ appointed      ☐ retained      ☐ Pro Se

Name of Appellee's Attorney:_____SB#_____

     Attorney Address:_____

     Attorney E-Mail Address:_____

**<u>Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:</u>**

Third Court of Appeals (E-Mail Copy in PDF format to: [3rdClerksAndReporters@txcourts.gov](mailto:3rdClerksAndReporters@txcourts.gov))

Court Reporter: _____E-Mail     _____Hand Delivery     _____Mail

On_____         By:_____(clerk's initials)

1/31/2025 1:08 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-001566
Susan Poodiack

Cause No. D-1-GN-001566

| | |
|---|---|
| **SAMMY TAWAKKOL**, | IN THE 200th JUDICIAL |

*Plaintiff,*

v.

**SHEILA VASQUEZ**, in her Official Capacity as Manager of the Texas Department of Public Safety -Sex Offender Registration Bureau; and,    JUDICIAL DISTRICT COURT OF

**STEVEN McCRAW**, in his Official Capacity as Director of the Texas Department of Public Safety;

*Defendants,*    TRAVIS COUNTY, TEXAS

### PLAINTIFF'S NOTICE OF APPEAL

COMES NOW Sammy Tawakkol, Plaintiff in the above-captioned and numbered cause, and, pursuant to 25.1 of the Texas Rules of Appellate Procedure, hereby timely files this *Notice of Appeal* to the Fifteenth Texas Court of Appeals, from the order and final judgment signed and entered in this case by the 200th District Court of Travis County, Texas, on January 2, 2025, which dismissed Plaintiff's claims.

As described by Rule 25.1(d)(9)(A) – (B) of the Texas Rules of Appellate Procedure, this appeal involves matters brought against a department, office, agency and officers in the executive branch of the government of the State of Texas. However, this notice of appeal is not related to a parental termination or child protection case as defined by Rule 28.4 of the Texas Rules of Civil Procedure.

Respectfully submitted,

*/s/Richard Gladden*
Texas Bar No.07991330
Law Office of Richard Gladden
1204 W. University Dr., Suite 307
Denton, Texas 76201
940/323-9300 (voice)

1

940/539-0093 (fax)
richscot1@hotmail.com (email)
*Attorney-in-Charge for Plaintiff*
*Sammy Tawakkol*

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document was electronically served, using the E-File Texas system, on the Attorney of Record for both Defendants in this case, Assistant Texas Attorney General **Christopher Lee Lindsey**; and on the Official Court Reporter who recorded all proceedings in this case, **Jacklyn Gonzales**, CSR; both on this 31st day of January, 2025.

*/s/ Richard Gladden*

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Richard Gladden
Bar No. 07991330
richscot1@hotmail.com
Envelope ID: 96847332
Filing Code Description: Notice of Appeal
Filing Description: PLAINTIFFS NOTICE OF APPEAL
Status as of 2/3/2025 2:30 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christopher Lindsey | 24065628 | Christopher.Lindsey@oag.texas.gov | 1/31/2025 1:08:35 PM | SENT |
| James Rheams | | james.rheams@oag.texas.gov | 1/31/2025 1:08:35 PM | SENT |
| Terri Sparks | | terri.with.gladdenlaw@gmail.com | 1/31/2025 1:08:35 PM | SENT |
| Richard Gladden | | richscot1@hotmail.com | 1/31/2025 1:08:35 PM | SENT |
| Gloriana Ojeda | | gloriana.ojeda@oag.texas.gov | 1/31/2025 1:08:35 PM | SENT |
| Bridney Mcfield | | britney.mcfield@oag.texas.gov | 1/31/2025 1:08:35 PM | SENT |
| Sammy Tawakkol | | richscot1@hotmail.com | 1/31/2025 1:08:35 PM | SENT |
| Jacklyn Gonzales | | jacklyn.gonzales@traviscountytx.gov | 1/31/2025 1:08:35 PM | SENT |